# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN T. MARVIK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 3:11-cv-00641-ECR-VPC |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| CONNIE J. STEINHEIMER, *et al.*, ) | |
| ) | |
| Defendants. ) | |

This is a *pro se* civil rights action filed pursuant to 42 U.S.C. § 1983. On October 24, 2011, the court issued an order requiring plaintiff, among other things, to lodge a proposed complaint with the court within twenty days of the date of the order. (ECF No. 6.) The court expressly warned plaintiff that his failure to timely comply with this court's order could result in dismissal of this action.

Plaintiff has failed to comply with the court's October 24, 2011 order. Plaintiff has failed to submit a complaint on which this action may proceed. Accordingly, this entire action is dismissed without prejudice for failure to comply with the court's order.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED without prejudice** for the failure of plaintiff to obey this court's order of October 24, 2011.

**IT IS FURTHER ORDERED** that the clerk shall **ENTER JUDGMENT** accordingly and close this case.

DATED this 7th day of February 2012.

_Edward C. Reed_
UNITED STATES DISTRICT JUDGE