AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____DISTRICT OF___NEVADA_____

STEVEN T. MARVIK,

               Plaintiff,                        JUDGMENT IN A CIVIL CASE

    V.

                                           CASE NUMBER: **3:11-cv-00641-ECR-VPC**

CONNIE J. STEINHEIMER, et al.,

               Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice for the failure of plaintiff to obey the court's order of October 24, 2011.

   _2/7/2012_                                   **LANCE S. WILSON**
                                                    Clerk

                                             _/s/ P. McDonald_
                                               Deputy Clerk